**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER                    (CORRECTED)

Appellate case name:       ARD Foundation Inc. v. Renee Carrington

Appellate case number:    01-13-00067-CV

Trial court case number:  1219985

Trial court:              61st District Court of Harris County

We **lift** this Court's stay of the underlying proceedings, issued on January 24, 2013.

Appellant's motion for extension of time to file the clerk's record is **granted, in part**. A clerk's record that complies with Texas Rule of Appellate Procedure 34.5 must be filed **no later than 30 days after the date of this order**. *See* TEX. R. APP. P. 34.5.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually    ☐ Acting for the Court

Date: March 8, 2013